| | AUSA: | Ann Nee | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Matthew Hughes | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
   v.

## Christopher Gregory PAPPAS

Case No.

Case: 2:25−mj−30659
Assigned To : Unassigned
Assign. Date : 10/23/2025
Description: CMP USA V. PAPPAS
(DJ)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 8, 2025 through August 10, 2025__ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor and attempt |
| 18 U.S.C. § 2251(a) & (e) | Sexual exploitation of a minor and attempt |
| 18 U.S.C. § 2252A(a)(2) & (b)(1) | Receipt of child pornography and attempt |
| 18 U.S.C. § 1470 | Transfer of obscene material to a minor |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Hughes, Special Agent (FBI)
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___October 23, 2025___

_____
*Judge's signature*

City and state: _Detroit, Michigan_

Hon. Anthony P. Patti, U.S. Magistrate Judge
_____
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request a arrest warrant.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Christopher Gregory Pappas** for violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of a minor and attempt); 18 U.S.C.

§ 2422(b) (coercion and enticement of a minor and attempt); 18 U.S.C. § 2252A(a)(2) and (b)(1) (receipt of child pornography and attempt); and 18 U.S.C. § 1470 (transfer of obscene material to a minor).

4.      The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Osborn has violated the above offense.

## PROBABLE CAUSE

5.      Between August 8 and 10, 2025, MV-1 contacted the FBI National Threat Operations Center on three occasions to report that he had been active on a website known to law enforcement (Application A) that allowed users to connect with each other anonymously.

6.      After beginning a conversation on Application A with an individual later identified as Christopher PAPPAS, the conversation was moved to Discord, an

application known to law enforcement that allows users to engage in conversations through text, voice call, and video call.

7.     MV-1 identified the Discord Account to the National Threat Operations Center as "oganesson6534". MV-1 stated in the initial complaint on August 8, 2025 that PAPPAS contacted MV-1 and sent MV-1 a picture of the user's penis while believing MV-1 was a 15 year old female. PAPPAS also engaged in sexually explicit conversations with MV-1.

8.     I contacted MV-1 on August 25, 2025. MV-1 provided screen captures of conversations with PAPPAS. The screen captures contained portions of a conversation that occurred between MV-1 and PAPPAS on or about August 8, 2025. Upon review of the screen captures, MV-1 used a screen name with a female's name to communicate with PAPPAS.

9.     Within the screen captures, PAPPAS engages in sexually explicit conversations with MV-1. PAPPAS asks MV-1 if she knows how to masturbate and then requests that MV-1 "spam him with selfies" and send him pictures of herself in bikinis. He also tells MV-1 that he wished he could watch her shower.

10.     MV-1 stated that the user of the account identified himself as Christopher PAPPAS and sent several photos of his face.

3

11.     MV-1 stated that the user of the Target Account also provided their phone number as XXX-XXX-8603. The provider of the phone number was identified as T-Mobile.

12.     A subpoena was sent to T-Mobile on October 22, 2025, for the phone number XXX-XXX-8603. A return was received the same day. The phone number was registered to Christopher Pappas.

13.     A Discord search warrant was served to the company on September 24, 2025. A return was received on October 21, 2025. A review of the return showed that Pappas was engaged in sexually explicit conversations with numerous individuals who identified their ages as between 12 and 17 years old. In each of the conversations, Pappas asked them their ages, expressed his sexual interest in minors, and then requested nude images from them or discussed his desire to engage in sexual acts with them.

14.     In one chat, beginning on or about February 4, 2025, Pappas begins the conversation and asks the other user how old they are. The other user identifies herself as a 12-year-old female (hereafter MV-2).

15.     During the same chat on February 4, PAPPAS begins asking MV-2 about her sexual history and asking if she's ever taken nude photos. MV-2 states she has.

4

16.     On June 21, 2025, PAPPAS and MV-2 engage in a sexually explicit conversation where Pappas offers to pay for an Amazon gift card to help her purchase sex toys. PAPPAS asks MV-2 if she has any, which appears to be a reference to whether MV-2 has any sex toys, and MV-2 responds by saying "I only have" and sends Pappas a photo of a female inserting a pen into her anus. While the face of the minor is not visible in this photograph, the female sent other photographs of herself in which she appears to be around the age of 12 years old. PAPPAS responds to the photo by saying "so you need a vibrator, a plug, and lube" and then saying "I wanna cum in you."

17.     A driver's license image obtained from the Michigan Secretary of State for Christopher PAPPAS, DOB (XX/XX/1985), matched the images sent to MV-1. The driver's license shows a registered address in Allen Park, MI.

18.     In 2019, PAPPAS was the subject of an investigation in New Hampshire. According to the investigation, PAPPAS engaged in several sexually explicit phone calls with a 13-year-old minor between December 10, 2017, and January 4, 2018. The victim stated that they often talked about sex and PAPPAS would tell her on the phone what he wanted to do to her.

19.     PAPPAS also has a prior conviction from 2011 for one count of Criminal Sexual Conduct, 2nd Degree in the 3rd Circuit Court in Wayne County, for

5

sexually abusing a minor. According to Michigan Department of Corrections, PAPPAS is required to register as a sex offender for life in Michigan.

20.    On or about October 22, 2025, a search warrant was executed at PAPPAS's residence. PAPPAS was located at the residence and a cell phone was seized from his bedroom.

21.    On or about October 22, 2025, law enforcement also spoke with Witness1, whose identity is known to law enforcement. Witness1 stated that two other minors under the age of 13 years old had previously complained that Pappas had sexually assaulted them by rubbing their genitals over their clothing.

22.    On October 23, 2025, law enforcement reviewed contents of PAPPAS's phone. The user ID for the phone was "Chris P". The phone was logged into Discord under the username "bigpappy". Within the account additional chats were found with MV-2 where the two engage in sexually explicit conversations. While talking to MV-2, PAPPAS encourages her to engage in sexual conduct with her six-year-old cousin.

23.    An additional chat was found in the account with a minor female who tells PAPPAS she is 17 years old (hereafter MV-3). PAPPAS and MV-3 have multiple conversations about PAPPAS sending her money and PAPPAS requesting images from her in return. In one message, while responding to a request by MV-3

6

to send money, PAPPAS asks "can you send me a little preview?" and MV-3 sends a nude image of a female spreading her vagina and buttocks with her hands.

## CONCLUSION

24.     Based on the foregoing, there is probable cause to believe Christopher Gregory Pappas has committed violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of a minor and attempt); 18 U.S.C. § 2422(b) (coercion and enticement of a minor and attempt); 18 U.S.C. § 2252A(a)(2) and (b)(1) (receipt of child pornography and attempt); and 18 U.S.C. § 1470 (transfer of obscene material to a minor).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

October 23, 2025

7